IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN HICKS**                                                                        **PLAINTIFF**
ADC #550622

**v.**                      **CASE NO. 4:22-CV-00367-BSM-PSH**

**SUSAN POTTS,** *et al.*                                          **DEFENDANTS**

## ORDER

Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 4] is adopted. Hicks's claims against defendant Barbara Parnell are dismissed without prejudice.

IT IS SO ORDERED this 29th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE