IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN HICKS                                                                                          PLAINTIFF

v.                                    CASE NO. 4:22-CV-00367-BSM

SUSAN POTTS                                                                                       DEFENDANT

## ORDER

Plaintiff John Hicks has failed to comply with the order [Doc. No. 21] directing him to pay the filing fee or to file an application to proceed *in forma pauperis* that reflects his free-world financial status. See Local Rule 5.5(c)(2). Accordingly, his case is dismissed without prejudice. It is certified that an *in forma pauperis* appeal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 2nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE