IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN HICKS**                                                                                          **PLAINTIFF**

**v.**                                        **CASE NO. 4:22-CV-00367-BSM**

**SUSAN POTTS**                                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE